IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Bid Protest

| | | |
|---|---|---|
| ASSOCIATED ENERGY GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-1120 |
| | ) | (Judge Bonilla) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Court's September 6, 2024 order, plaintiff, Associated Energy Group, LLC d/b/a AEG Fuels (AEG), and defendant, the United States, submit this joint status report proposing a schedule for further proceedings.

The parties have met and conferred about the schedule for the current pre-award and anticipated post-award protest and propose the following:

| Date | Event |
|---|---|
| September 30, 2024 | Anticipated contract award |
| November 5, 2024 | AEG files amended complaint |
| November 12, 2024 | Government shares draft index of administrative record |
| November 19, 2024 | If necessary, parties meet and confer regarding AEG's intent to file motion to complete or supplement the record. |
| November 26, 2024 | Assuming no dispute about record contents, Government produces the record<br><br>If AEG moves to complete or supplement the record, the parties will move to amend the scheduling order to account for that motion |
| December 30, 2024 | Plaintiff files MJAR |
| January 27, 2025 | Defendant files X-MJAR and response to plaintiff's MJAR |
| February 5, 2025 | Plaintiff files response to X-MJAR and reply |
| February 14, 2025 | Defendant files reply |
| February 27, February 28, March 6, or March 7 | Hearing |

Accordingly, the parties respectfully request that the Court enter an order reflecting the above schedule.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Of Counsel: | s/Todd J. Canni |
|  | Todd J. Canni |
| Kevin T. Barnett | BAKER & HOSTETLER LLP |
| Stephen E. Ruscus | 1900 Avenue of the Stars |
| Kevin N. Dorn | Suite 2700 |
| Kaitlyn E. Toth | Los Angeles, CA 90067 |
| BAKER & HOSTETLER LLP | Tel: 202.384.6223 |
| Washington Square, Suite 1100 | tcanni@bakerlaw.com |
| 1050 Connecticut Avenue, N.W. |  |
| Washington, DC 20036 | *Attorney of Record for* |
|  | *Associated Energy Group, LLC* |
|  |  |
|  | BRIAN M. BOYNTON |
|  | Principal Deputy Assistant Attorney General |
|  |  |
|  | PATRICIA M. McCARTHY |
|  | Director |
|  |  |
|  | s/ Douglas K. Mickle |
|  | DOUGLAS K. MICKLE |
|  | Assistant Director |
| OF COUNSEL: |  |
|  | s/Eric E. Laufgraben |
| ALEX M. MAYFIELD | ERIC E. LAUFGRABEN |
| Senior Counsel | Senior Trial Counsel |
| DLA Counsel - Energy | Commercial Litigation Branch |
|  | Civil Division |
|  | U.S. Department of Justice |
|  | P.O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, DC 20044 |
|  | Telephone:   (202) 353-7995 |
|  | Email:        Eric.E.Laufgraben@usdoj.gov |
|  |  |
| September 23, 2024 | Attorneys for Defendant |